UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:10-cv-60627-AJ

AUDREY SHAPIRO,

      Plaintiff,

vs.

THE BALMORAL CONDOMINIUM
ASSOCIATION, INC.,

      Defendant.

_____/

### DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

COMES NOW, the Defendant, THE BALMORAL CONDOMINIUM ASSOCIATION, INC. (hereinafter "Defendant"), by and through the undersigned counsel, and hereby files this Reply to Plaintiff's Motion is Opposition of Defendant's Motion to Dismiss Plaintiff's Complaint ("Motion to Dismiss"), and in support thereof, states as follows:

### FACTUAL AND PROCEDURAL BACKGROUND

This action involves a claim for the recovery of overtime wages arising out of Plaintiff's prior employment with Defendant. The Balmoral Condominium Association, Inc. ("Balmoral" or "Association") is a Florida non-profit corporation. *See,* Exhibits A and B, attached to Defendant's Motion to Dismiss. Audrey Shapiro ("Plaintiff") is a Florida resident who formerly worked for Defendant as a gourmet food/convenience store manager. *See,* Complt. ¶¶ 11, 12; Aff. of Marcia Chonchol, attached to Defendant's Motion to Dismiss as Exhibit B.

On June 17, 2010, Defendant filed a Motion to Dismiss Plaintiff's Complaint, asserting that Plaintiffs' Complaint should be dismissed because this Court lacks subject-matter jurisdiction over the case. Specifically, Defendant argued that Balmoral is not subject to the provisions of the Fair Labor Standards Act ("FLSA') because it does not meet the criteria for enterprise liability under the FLSA. Moreover, Defendant asserted that Plaintiff is not governed by the FLSA because she does not meet the criteria for individual coverage under the Act. Consequently, Defendant concluded that Plaintiff fails to satisfy her burden of demonstrating that this matter falls within the Court's subject matter jurisdiction. On July 6, 2010, Plaintiff filed a Response in Opposition of Defendant's

Motion to Dismiss ("Response"). In response to same, Defendant offers the following Reply, maintaining that Defendant's Motion to Dismiss Plaintiff's Complaint should be granted.

## MEMORANDUM OF LAW

### A. Plaintiff Does Not Meet the Criteria for Individual Coverage under the Fair Labor Standards Act.

Plaintiff is not subject to individual coverage under the FLSA, despite Plaintiff's attempt to convince this Court otherwise. In her Response in Opposition of Defendant's Motion to Dismiss, Plaintiff alleges that she is entitled to individual coverage under the FLSA because she (1) regularly used the channels or instrumentalities of commerce and (2) "performed work related to the instrumentalities of commerce."[1] Specifically, Plaintiff alleges that she engaged in commerce by "placing orders to out of state vendors for delivery of items from outside of the State of Florida to be delivered to the store," and taking orders from Balmoral residents for grocery items to be made available to the residents at Balmoral's store or delivered to their units. As to Plaintiff's first allegation in this regard, although the Response attempts to give the impression that Plaintiff placed multiple orders to a variety of out of state vendors for delivery of many items, Plaintiff's affidavit identifies only a single item that she at some point purchased on behalf of Defendant, namely, espresso coffee. Additionally, Plaintiff fails to attest that she placed such order on more than a few occasions, let alone on a regular and recurring recurring basis. In fact, Plaintiff placed the subject coffee orders to two vendors on a total of thee occasions. *See,* Aff. of Soler, attached hereto as Exhibit A. Specifically, Plaintiff placed an order for coffee for Balmoral's gourmet

---

[1] Although the former allegation, if established, would suffice to trigger individual coverage under the FLSA, the latter allegation is insufficient to satisfy the test for such individual coverage. Specifically, for an employee to be "engaged in commerce" as required to obtain individual coverage under the FLSA, he must be directly participating in the actual movement of persons or things in interstate commerce by (i) working for an instrumentality of interstate commerce, e.g., transportation or communication industry employees, (ii) regularly using the instrumentalities of interstate commerce in his work, e.g., regular and recurrent use of interstate telephone, telegraph, mails, or travel," or (iii) his activities being so "directly and vitally related to the functioning of an instrumentality or facility of interstate commerce as to be, in practical effect, a part of it, rather than isolated local activity," *and* "a substantial part of the employee's work being related to interstate commerce." *Thorne v. All Restoration Servs.,* 448 F.3d 1264, 1266 (11th Cir. 2006); *Casanova v. Morales,* 2007 WL 4874773 (S.D. Fla. 2007) (internal citations omitted); *Kitchings,* 393 F. Supp.2d at 1293 n.26. By contrast, merely performing work related to the instrumentalities of commerce, without more, is insufficient to establish individual coverage under the FLSA. Specifically, Plaintiff fails to allege that her activities are so directly and vitally related to the functioning of an instrumentality or facility of interstate commerce as to be a part of it and that a substantial part of her work is related to interstate commerce. Significantly, in evaluating a Complaint for sufficiency, a court must not assume that the plaintiff can prove facts not alleged or that the defendant violated relevant laws in ways not alleged. *Quality Foods de Centro America, S.A. v. Latin American Agribusiness Development Corp. S.A.,* 711 F. 2d 989, 995 (11th Cir. 1983). Thus, Plaintiff's sole claim to individual coverage under the FLSA appears to be that she regularly used the channels or instrumentalities of commerce in her work. Notwithstanding same, Defendant will analyze Plaintiff's claims under both prongs of the above-outlined test.

food/convenience store with Nespresso via the internet on two occasions, and with Keurig on one occasion, during the course of her employment with Defendant. *Id.* The remainder of Plaintiff's purchases of coffee and related items were made from local stores within Florida. *Id.* The above-referenced three isolated instances alone are insufficient to establish the "regular and recurrent" requirement of the "use of instrumentalities" test outlined above. Plaintiff's claim regarding her espresso order likewise fails under the third prong of the above-outlined test for individual coverage for similar reasons. First, Plaintiff neither establishes, nor even alleges, that Defendant is a facility of interstate commerce, or that her placing a few orders for espresso coffee to two out of state vendors is so directly and vitally related to the functioning of Defendant as to be a part of it rather then an isolated activity. Similarly, Plaintiff fails to allege, and, in light of the above facts, cannot establish, that her placing an order for coffee on three occasions constitutes a substantial part of her work. To the contrary, it is clear that such isolated activity consuming a minuscule portion of Plaintiff's work does not constitute the substantial and vital activity contemplated by the FLSA. Thus, it follows that Plaintiff's ordering coffee from two out of state vendors on a mere three occasions does not entitle her to individual coverage under the FLSA.

As referenced above, Plaintiff further argues that she is entitled to individual coverage under the FLSA because she used the channels or instrumentalities of commerce by taking orders of Balmoral residents for grocery items over the telephone. Specifically, Plaintiff claims that many of Defendant's unit owners have residences outside the state of Florida in addition to their homes at Balmoral, residing in their Balmoral homes for part of the year and their homes up north for part of the year. As such, Plaintiff alleges that she took orders from such residents over the telephone for grocery items to be made available to them at Balmoral's store or delivered to their respective units. In support of Plaintiff's argument that such phone calls entitle her to individual coverage under the FLSA, Plaintiff makes the general allegation that the law is well-settled that employees who regularly use the mail or telephone while performing their work are covered. However, such claim is not an accurate depiction of the law in Florida, and the cases Plaintiff cites do not stand for the proposition asserted. Additionally, the facts of such cases are distinguishable from those involved in the subject case.

Specifically, *Mitchell v. Shinner and Co.*, 221 F. 2d 260 (7th Cir. 1955) involved a Delaware corporation that owned and operated 33 retail meat markets in four different states, whose central office employees engaged in the general operations of said markets, including accounting, payroll, maintenance, clerical duties, and merchandise purchasing for the retail meat markets in the various

states. Based upon the slew of duties the *Mitchell* employees performed in connection with their operation of the 33 markets in the four different states, the court concluded that the employees were engaged in commerce within the meaning of the FLSA. Although handling phone calls and mail was listed in the variety of tasks performed by the employees, same constituted only two of the more than 20 duties performed, and the case contains no evidence that said two tasks were determinative of the existence of individual coverage under the FLSA. To the contrary, it is evident that the extensive list of the employees' duties, which were specifically delineated in the case, taken in their totality, led the court to its ruling, as opposed to the mere fact that the employees handled mail and phone calls. Additionally, even if *Mitchell* had stood for the proposition that handling out of state mail and phone calls automatically subjects an employee to individual coverage under the FLSA, such case would be distinguishable from the above-captioned matter on a fundamental basis. Specifically, the defendant in *Mitchell* owned and operated 33 retail meat markets in four different states, and its central office employees engaged in the general operations of said interstate markets. By contrast, Balmoral is a Florida non-profit corporation operating solely within the state of Florida, and its employees, including Plaintiff, operate the Condominium Association solely within the state of Florida. Moreover, *Mitchell* is from a different jurisdiction and is, therefore, not binding on this Court.

Additionally, *Phillips v. Meeker Cooperative Light & Power, Assn*, 63 F. Supp. 733 (D. Minn. 1945), involved office employees of two Minnesota cooperatives distributing electricity who were required to prepare and forward reports and other documentation to the Rural Electrification Administration Office ("R.E.A.") in Missouri. The court found that such reports and documentation constituted commerce. Specifically, the court reasoned that the very nature and character of the supervision that the R.E.A. demanded over the expenditures of the funds allotted to the cooperatives required a continuous and constant flow of articles in commerce. As such, the court found that the correspondence, reports, fiscal statements, checks, and other documents that passed to and from the Missouri office were goods produced for commerce. It is clear from such facts that *Phillips* has absolutely no relationship or applicability to the above-captioned case. Significantly, in *Phillips*, employees of one state prepared and forwarded documents that constituted goods produced for commerce to another state. By contrast, Plaintiff does not claim that she prepared or even mailed any documents to Balmoral residents in another state, let alone that any such documents constituted goods produced for commerce. In this regard, unlike in *Phillips*, no articles flowed in commerce at all, let alone continuously and constantly or as required by an administrative agency. By contrast,

4

Plaintiff merely alleges that she received and returned calls from Balmoral residents regarding their requests for grocery items. As such, it is clear that *Phillips* has absolutely no relevance or application to the subject case. Further, even if *Phillips* was relevant or applicable to the subject case, *Phillips* is from a different jurisdiction and is, therefore, not binding on this Court.

Importantly, cases from the United States District Court for the Southern District of Florida provide guidance relative to the subject issue. Significantly, the Southern District has held that an employee's mere use of the telephone to make out of state phone calls is not sufficient to obtain individual coverage under the FLSA, specifically when the services provided are exclusively local in nature. *See, Dent v. Giaimo, D.O., P.A.*, 606 F. Supp. 2d 1357 (S.D. Fla. 2009); *Polycarpe v. E&S Landscaping Service, Inc.*, 572 F. Supp. 2d 1318 (S.D. Fla. 2008). It is noteworthy that the *Dent* Court reached such conclusion in spite of the fact that the majority of the defendant's clients were not full time Florida residents. *Dent v. Giaimo, D.O., P.A.*, 606 F. Supp. 2d 1357. In *Dent*, the plaintiff alleged that approximately 70% of the defendant's patients were not Florida residents, and that the defendant regularly used the telephone, internet, and facsimile machine to contact out of state insurance companies. *Dent*, 606 F. Supp. 2d 1357, 1360-1361. With regard to the fact that some of the defendant's patients were not full time residents, the Court found the ultimate-consumer doctrine to be instructive. *Id.* at 1361. Such doctrine provides that goods are no longer in the stream of commerce once obtained by the ultimate consumer thereof. *Id.* The Court held that although some of the patients may have been residents of other states, the defendant was not engaged in interstate commerce if his contact with those patients was primarily local. *Id.* With regard to the plaintiff's use of the telephone or facsimile machines to make long distance calls, the Court held such usage insufficient to establish jurisdiction. *Id.* Specifically, the Court reasoned that although the plaintiff averred that her job duties included contacting out of state insurance companies, she did not allege how much of her time was spent conducting these activities. As such, the Court held that the plaintiff failed to show that she regularly and recurrently engaged in interstate commerce.[2] *Id.* The Court further reasoned that the defendant submitted sufficient evidence to show that his practice was a local enterprise and the items used in the business proliferated such goal of local service. *Id.* The Court elaborated that the fact that the defendant provided services of an exclusively local nature was dispositive. *Id.*

---

[2] *Dent v. Giaimo, D.O., P.A.* reflects the weight that the Southern District gives to the amount of time spent engaged in interstate activities when determining whether a defendant regularly and recurrently engages in interstate commerce, in contradiction of the cases Plaintiff relies upon from other jurisdictions containing opposite rulings regarding the issue.

In *Polycarpe v. E&S Landscaping Service, Inc.*, the plaintiff asserted that FLSA coverage existed because the defendant's employees made out of state phone calls. 572 F. Supp. 2d 1318, 1322. The defendant's sworn declaration provided that the calls made sought parts for a truck that was purchased in the state of Florida. *Id.* at 1322. The Court held that the phone calls failed to satisfy the "engaged in commerce" requirement as a matter of law because they were not regular and recurrent activities. *Id.* Additionally, the Court found the fact that the defendant provided services of an exclusively local nature to be dispositive, citing case law discussing that the intent of Congress in enacting the FLSA was to "leave local business to the protection of the states." *Id.* Accordingly, the Court concluded that it did not have jurisdiction of the case under the FLSA. *Id.*

The above-captioned case is analogous to *Dent* and *Polycarpe.* Like the defendant's patients in *Dent,* some of Balmoral's residents did not reside in Florida full time. However, analogous to *Dent,* Balmoral and its employees' contact with such residents was primarily local, occurring at Balmoral during the portions of the year when such unit owners resided therein. *See,* Aff. of Soler, attached hereto as Exhibit A. Indeed, Defendant operated exclusively within Florida and Plaintiff worked for Balmoral solely within Florida. *See,* Aff. of Chonchol, attached to Defendant's Motion to Dismiss as Exhibit B. Defendant notes that Plaintiff's Response makes the conclusory allegation that Plaintiff's taking residents' orders for grocery items to be made available at Balmoral's store or delivered to the residents' units upon their arrival was sufficiently regular, frequent, and substantial in amount; however, plaintiff fails to bring forth facts in support of such bare bones conclusion. Like the plaintiff in *Dent,* Plaintiff fails to allege how much of her time was spent taking such orders. Significantly, approximately only 5% of Plaintiff's time during her employment with Defendant was spent performing such task. *See,* Aff. of Soler, attached hereto as Exhibit A. Plaintiff took such orders only on an occasional basis, and such task constituted a very small portion of Plaintiff's job. *Id.* As such, it follows that Plaintiff has not, and cannot, establish that she regularly and recurrently engaged in interstate commerce. Further, like the out of state calls in *Polycarpe* that sought parts for a truck that was purchased in the state of Florida, Plaintiff's phone calls with Balmoral residents who lived out of state for part of the year were for grocery items purchased from local grocery stores within the state of Florida for Balmoral residents owning units and living in the Balmoral Condominium Association located within Miami-Dade County, Florida. *See,* Aff. of Chonchol, attached to Defendant's Motion to Dismiss as Exhibit A; ¶ 10 of Aff. of Shapiro. In any event, as established by such facts and those outlined in Defendant's Motion to Dismiss, like the defendants in *Dent* and *Polycarpe,* Balmoral and its gourmet food/convenience

6

store is a local corporation, using items in connection with its business proliferating the goal of local service, and providing services of an exclusively local nature. In this regard, it cannot be emphasized enough that the intent of Congress in enacting the FLSA was to "leave local business to the protection of the states." Accordingly, the fact that Defendant is a local corporation, using items in connection with its business proliferating the goal of local service, and providing services of an exclusively local nature is dispositive. *See generally, Dent and Polycarpe.*

It follows from the above discussion that Plaintiff's occasional phone calls with Balmoral residents regarding grocery items purchased for them from local stores within Florida to be picked up or delivered to them at Balmoral in Miami-Dade County, Florida does not constitute engagement in commerce for the purposes of individual coverage under the FLSA.

**B.     The Association Does Not Meet the Criteria for Enterprise Coverage Under the Fair Labor Standards Act.**

Plaintiff's Response asserts that Defendant's Motion to Dismiss should be denied because discovery has not yet been conducted regarding Defendant's gross income, Defendant's affidavit is insufficient to provide evidence of Defendant's gross income, and Defendant's affidavit and income tax returns are outside of the four corners of the Complaint. However, such arguments are bellied by the law governing such issues, including that handed down by the United States District Court for the Southern District of Florida. Indeed, in the specific context of FLSA cases in which jurisdiction is being challenged, an affidavit from a manager or owner of the company, submitted with a motion to dismiss, may be considered without converting the motion to dismiss into a motion for summary judgment and without any additional discovery. *Russell v. Continental Restaurant, Inc.*, 430 F. Supp.2d 521, 524 (D. Md. 2006) (granting motion to dismiss filed by restaurant sued by a waitress, and disallowing any discovery with regard to the tax returns and affidavit submitted with the motion). Additionally, review of income tax returns from the period of the plaintiff's employment and affidavits of the plaintiff's employer are accepted measures of revenues for purposes of considering enterprise coverage. *See e.g., Russell v. Continental Restaurant, Inc.,* 430 F.Supp.2d 521, 524 (D. Md. 2006) (dismissing action for lack of subject matter jurisdiction where affidavit and tax returns submitted by employer reflect gross sales volume less than $500,000, and refusing to permit discovery on the issue); *Xelo v. Mavros,* 2005 WL 2385724 (E.D.N.Y. 2005); *Lenca v. Laran Enters., Inc.,* 388 F.Supp. 782, 784 (N.D. Ill. 1974) (dismissing case for lack of subject matter jurisdiction based on affidavit from the employer that its gross sales or business during the plaintiff's employment was less than $100,000.00); *Lopez v. Top Chef Investment, Inc.,*

2007 WL 4247646, *3 (S.D. Fla. 2007) (rejecting plaintiff's conclusory assertions that defendants had understated their income on their federal tax returns and accepting the gross income figure on defendants' federal tax return in considering whether enterprise coverage existed); *Florez v. Nuvoc, Inc.*, 610 F. Supp. 2d 1349, 1356 (S.D. Fla. 2008); *Johnson v. Express Service Messenger & Trucking, Inc.*, 2008 WL 2944899 (S.D. Fla. 2008); *Guzman v. Irmadan*, 551 F. Supp. 2d 1368 (S.D. Fla. 2008); *Cordero v. Red Grouper, Inc.*, 2008 WL 1781158 (M.D. Fla. 2008).[3]

Plaintiff also takes issue with the fact that Defendant's income tax return for the 2008 year consists solely of two pages, implying that only a portion of the tax return was filed in support of Defendant's Motion to Dismiss.   However, the two-page 2008 income tax return filed with Defendant's Motion, in fact, constitutes the entire Form 1120-H tax return applicable to homeowner's associations that was filed with the IRS.   *See*, Aff. of Soler, attached hereto as Exhibit A.   Plaintiff's Response also takes issue with the fact that Defendant failed to file its 2009 income tax return with its Motion to Dismiss.   As stated in Defendant's Motion to Dismiss, Defendant's 2009 return had not been finalized and filed at the time the Motion was filed.   However, such income tax return for the 2009 year has since been finalized and filed, a copy of which is attached hereto as Exhibit B.   In line with Defendant's Affidavit attached to its Motion to Dismiss, such return reflects that the Association's gross income from sales made/business done during the 2009 year totaled $132,790.00, consisting of rental income, work orders, laundry, and "other."[4]

---

[3] The litany of cases Plaintiff cites in support of her position that Defendant's Motion to Dismiss should be denied due to a lack of discovery is inapplicable to the above-captioned case, as such cases address the need for discovery in the context of motions for summary judgment, as opposed to motions to dismiss.   Summary Judgment, by its very definition, requires the completion of discovery.   Specifically, Federal Rule of Civil Procedure 56 regarding summary judgment provides that "[t]he judgment should be rendered if the pleadings, the discovery and disclosure materials on file, and any affidavits show that there is no genuine issue as to any material fact and that the movant is entitled to judgment as a matter of law."   By contrast, and as established above, the completion of discovery is not a pre-requisite to a motion to dismiss, specifically in the context of a lack of subject matter jurisdiction.   In this regard, Plaintiff's reliance on Federal Rule of Civil Procedure 56 in support of her discovery argument is likewise misplaced, not only because such rule governs motions for summary judgment as opposed to motions to dismiss, but also because Plaintiff's Response and Affidavit in support of same are in direct contradiction of the rule.   Specifically, Federal Rule of Civil Procedure 56(f) quoted by Plaintiff provides that "[i]f a party opposing the motion shows by affidavit that, for specified reasons, it cannot present facts essential to justify its opposition, the court may: (1) deny the motion; (2) order a continuance to enable affidavits to be obtained, depositions to be taken, or other discovery to be undertaken; or (3) issue any other just order."   In the above-captioned case, Plaintiff did not file an affidavit stating that she could not present facts essential to justify her opposition to Defendant's Motion to Dismiss, and, in fact, filed an affidavit presenting facts justifying her Response in Opposition of Defendant's Motion to Dismiss.

[4] Defendant also attaches to this Reply as Exhibit C a revised draft of its 2008 income tax return due to the fact that Balmoral's accountant had inadvertently failed to fill in lines B, C, and D on the return previously filed with the IRS and Defendant's Motion to Dismiss.   For the reasons discussed below, however, the revision has no effect on the issues involved in the case.

Defendant acknowledges that it is Plaintiff's position that the membership fees paid by unit owners to the Association should be included within Defendant's annual gross volume of sales made or business done. However, such membership fees do not constitute "sales made or business done" under the FLSA for the purposes of evaluating whether the $500,000.00 threshold has been satisfied. By contrast, such membership fees are exempt function income, which is defined as "membership dues, fees, or assessments from (a) owners of condominium housing units, . . . This income must come from the members as owners, not as customers, of the association's services. *See,* Department of the Treasury Internal Revenue Services, Instructions for Form 1120-H, attached hereto as Exhibit D. Significantly, such function income is excluded from a homeowner association's annual gross income. *See,* Exhibits B through D, providing same. Further support for Defendant's assertion that its function income does not constitute "sales made or business done" under the FLSA is found within 29 C.F.R. § 779.258, providing the following:

> The annual gross volume of sales made or business done by an enterprise, within the meaning of <u>section 3</u>(s), will thus continue to include both the gross dollar volume of the sales (as defined in <u>sec. 3</u>(k)) which it makes, as measured by the price paid by the purchaser for the property or service sold to him (exclusive of any excise taxes at the retail level which are separately stated), and the gross dollar volume of any other business activity in which the enterprise engages which can be similarly measured on a dollar basis. This would include, for example, such activity by an enterprise as making loans or renting or leasing property of any kind.

Such provision reflects a definition of "sales made or business done" akin to profits made as a result of the conduction of business, whether made by the sale or goods or services, or the return on a business venture, such as that in the form of interest, rent payments, or royalties. According to the above-quoted provision, "sales made or business done" are, essentially, profits earned by an enterprise from its customers in exchange for the provision of services or goods purchased. By contrast, the FLSA's definition of "sales made or business done" does not include function income, which is not profits of the Association, but is rather, dues paid by the members as owners, not as customers, of the association's services. *See,* Department of the Treasury Internal Revenue Services, Instructions for Form 1120-H, attached hereto as Exhibit D. Further, the membership fees paid by the owners of the Association's services is analogous to the internal transactions between the enterprise and its components, which are excluded from the gross volume of sales made or business done pursuant to 29 C.F.R. 779.259. *See,* 29 C.F.R. 779.259, providing that "[t]he gross volume of sales or business includes the receipts from sales made or business done by the retail or service establishments of the enterprise as well as the sales made or business done by any other

9

establishments of the enterprise, exclusive of the internal transactions between them." It is also noteworthy that under Plaintiff's broad interpretation of the definition of "gross volume of sales made or business done," all non-profit entities that obtain income allowing for the operation of the entity would be subject to enterprise coverage under the FLSA. However, such clearly cannot be the case because non-profit agencies are not covered by the FLSA unless certain circumstances exist. *Kitchings v. The Florida United Methodist Children's Home, Inc.*, 393 F. Supp. 2d 1282, 1295 FN 29 (M.D. Fla. 2005); *Tony and Susan Alamo Foundation v. Secretary of Labor*, 471 U.S. 290, 299 (1985). It follows from the above discussion that Defendant's function income does not constitute "gross volume of sales or business done" contemplated by the FLSA for the purposes of enterprise coverage.

With regard to *N.L.R.B. v. Imperial House Condominium, Inc.*, 831 F. 2d 999 (U.S. App. Ct. 11th Cir. 1987), relied upon by Plaintiff in support of her position that maintenance fees constitute gross volume of sales made or business done for the purposes of the FLSA, such case is inapplicable to the above-captioned matter. First of all, *N.L.R.B.* did not involve a claim for violation of the Fair Labor Standards Act. By contrast, in *N.L.R.B.*, the National Labor Relations Board sought enforcement of a cease and desist order. Additionally, the law applicable to such case did not consist of the "gross volume of sales made or business done," standard applicable to the FLSA case at bar.[5] Accordingly, such case did not interpret the standard at issue in the subject case at all, let alone in the context of condominium membership fees. It follows that *N.L.R.B.* has no application to the above-captioned case, and any reliance thereon would be misplaced.

Finally, it cannot be emphasized enough that the intent of Congress in enacting the FLSA was to "leave local business to the protection of the states." Balmoral and its gourmet food/convenience store is a local corporation, using items in connection with its business proliferating the goal of local service, and providing services of an exclusively local nature. As such, this court lacks jurisdiction over this matter.

## CONCLUSION

In conclusion, this Court lacks subject-matter jurisdiction over the case. Thus, Plaintiff's Complaint should be dismissed.

WHEREFORE, Defendant respectfully requests that this Court enter an Order granting its Motion to Dismiss Plaintiff's Complaint.

---

[5] By contrast, the jurisdictional standard applicable to the law involved in *N.L.R.B.* was broadly defined as "gross annual revenues."

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 22nd day of July 2010, we electronically filed the foregoing document with the Clerk of Court using EM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

COLE, SCOTT & KISSANE, P.A.
Attorneys for Defendant
1645 Palm Beach Lakes Blvd., 2nd Floor
West Palm Beach, Florida 33401
Telephone: (561) 383-9200
Facsimile: (561) 683-8977

By: _____
JONATHAN VINE
FBN: 010966
NICOLE PANITZ
FBN: 17430

**SERVICE LIST:**
Todd W. Shulby, Esq,
Todd W. Shulby, P.A.
4705 S.W. 148th Ave., Suite 102
Davie, FL  33330-2417
*Counsel for Plaintiff*

**VIA EM/ECF**

L:\1918-0892-00\P\COMPLAINT, ANSWER, ETC\D's Reply to P's Resp to D's MTD-Final.doc

11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:10-cv-60627-AJ

AUDREY SHAPIRO,

     Plaintiff,

vs.

THE BALMORAL CONDOMINIUM
ASSOCIATION, INC.,

     Defendant.

_____/

## **DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

# **Exhibit "A"**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:10-cv-60627-AJ

AUDREY SHAPIRO,

     Plaintiff,

vs.

THE BALMORAL CONDOMINIUM
ASSOCIATION, INC.,

     Defendant.

_____/

## AFFIDAVIT OF PEDRO SOLER

Pursuant to 28 U.S.C. § 1746, I Pedro Soler, under penalty of perjury, declare as follows:

1. I am over eighteen years of age and am under no legal disability.

2. The statements made in this declaration are true and correct to the best of my knowledge, and I have personal knowledge concerning the statements made herein.

3. I am, and at material times was, the General Manager of Balmoral Condominium Association, Inc.

4. Plaintiff placed an order for coffee for Balmoral's gourmet food/convenience store with Nespresso via the internet on two occasions during the course of her employment with Defendant. *See,* Invoices attached hereto as Exhibit 1.

5. Plaintiff placed an order for coffee for Balmoral's gourmet food/convenience store with Keurig on one occasion during the course of her employment with Defendant. *See,* Invoice attached hereto as Exhibit 2.

6. The remainder of Plaintiff's purchases of coffee and related items were made from local vendors within Florida. *See,* Exhibit 3, attached hereto.

7. Balmoral and its employees' contact with its residents who did not reside in Florida full time was primarily local, occurring at Balmoral during the portions of the year that such unit owners resided therein.

8. Approximately 5% of Plaintiff's time during her employment with Balmoral was spent taking residents' orders for grocery items to be made available at Balmoral's store or delivered to the residents' units upon their arrival to Balmoral. Plaintiff took such orders on an occasional basis. Such task constituted a very small portion of Plaintiff's job.

9. The two-page 2008 income tax return attached to Defendant's Motion to Dismiss Plaintiff's Complaint constitutes the entire Form 1120-H tax return applicable to homeowner's associations that was filed with the Internal Revenue Service.

10. The two-page 2009 income tax return attached to Defendant's Reply to Plaintiff's Motion in Opposition of Defendant's Motion to Dismiss constitutes the entire Form 1120-H tax return applicable to homeowner's associations that was filed with the IRS.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this _20_ day of July, 2010.

_____
Pedro Soler

STATE OF FLORIDA
Miami-Dade County

The foregoing was acknowledged before me in the aforesaid state and county, this _20_ day of July 2010, by Pedro Soler, who is personally known to me, or who has produced _____ as identification.

NOTARY PUBLIC-STATE OF FLORIDA
Henry J. Ramos
Commission # DD862216
Expires:  FEB. 25, 2013
BONDED THRU ATLANTIC BONDING CO., INC.

_____
NOTARY PUBLIC
STATE OF FLORIDA AT LARGE

- 2 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:10-cv-60627-AJ

AUDREY SHAPIRO,

       Plaintiff,

vs.

THE BALMORAL CONDOMINIUM
ASSOCIATION, INC.,

       Defendant.

_____/

## AFFIDAVIT OF PEDRO SOLER

# Exhibit "1"

# NESPRESSO®

24-01 44TH ROAD, 12TH FLOOR – LONG ISLAND CITY, NY 11101  T 800.562.1465  F 800.700.8075  www.nespresso.com

BILL TO

Balmoral gourmet
Pete Soler
9801 collins av
Bal Harbour,FL 33154
USA

SHIP TO.

Balmoral gourmet
Pete Soler
9801 Collins Ave
Bal Harbour, FL 33154-1815
USA

| Customer Number | Invoice Number | Order Date | Order/Tracking Number | Payment Terms |
|---|---|---|---|---|
| 339948 | 2169161 | 04/02/09 | 2619626 | Credit Card charged |

| Item Number | Description | Quantity | Unit Price | Total |
|---|---|---|---|---|
| 7449 | Decaffeinato Intenso | 100 | $0.55 | $55.00 |
| 7815 | Decaffeinato Lungo | 100 | $0.55 | $55.00 |
| 7615 | Ristretto | 100 | $0.55 | $55.00 |
| 7439 | Roma | 50 | $0.55 | $27.50 |

Your Reference: 45370130

Total Quantity: 350

2 Business Days

| SUBTOTAL | $192.50 |
|---|---|
| TAX | $0.00 |
| SHIPPING | $6.95 |
| TOTAL | $199.45 |

Discover our 2008 Variations! For a limited time we are proud to offer you our
3 new Nespresso Variations : Mandarin, Caramel and Crystallized Ginger.
Call our toll-free number 800-562-1465 and place your order today!

| Customer Number | Invoice Number | Amount Due | Amount Enclosed |
|---|---|---|---|
| | | | |

Please include this form with your payment.
Be sure to indicate your customer and invoice
number on your check. Make checks payable to:

**NESPRESSO USA, Inc.**

Please indicate change of Address

New Phone _____

# NESPRESSO®

24-01 44ᵀᴴ ROAD, 12ᵀᴴ FLOOR – LONG ISLAND CITY, NY 11101  T 800.562.1465  F 800.700.8075  www.nespresso.com

| B I L L T O | Balmoral Gourmet<br>Pete Soler<br>9801 Collins Ave.<br>Bal Harbour,FL 33154<br>USA | S H I P T O | Balmoral Gourmet<br>Pete Soler<br>9801 Collins Ave<br>Bal Harbour, FL 33154-1815<br>USA |
|---|---|---|---|

| Customer Number | Invoice Number | Order Date | Order/Tracking Number | Payment Terms |
|---|---|---|---|---|
| 339946 | 2470602 | 06/25/09 | 2968416 | Credit Card charged |

| Item Number | Description | Quantity | Unit Price | Total |
|---|---|---|---|---|
| 7449 | Decaffeinato Intenso | 50 | $0.55 | $27.50 |
| 7815 | Decaffeinato Lungo | 50 | $0.55 | $27.50 |
| 7615 | Ristretto | 150 | $0.55 | $82.50 |
| 7439 | Roma | 100 | $0.55 | $55.00 |

Total Quantity: 350

2 Business Days

| SUBTOTAL | $192.50 |
|---|---|
| TAX | $0.00 |
| SHIPPING | $6.95 |
| TOTAL | $199.45 |

Nespresso - Revelations of the senses - 16 Grands Crus
Call 800 562 1465 and discover our new Pure Origin Coffees now!
Indriya from India, Rosabaya de Colombia, Dulsao do Brasil.

| Customer Number | Invoice Number | Amount Due | Amount Enclosed |
|---|---|---|---|
| | | | |

Please include this form with your payment.
Be sure to indicate your customer and invoice
number on your check. Make checks payable to:

**NESPRESSO USA, Inc.**

Please indicate change of Address

New Phone

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:10-cv-60627-AJ

AUDREY SHAPIRO,

      Plaintiff,

vs.

THE BALMORAL CONDOMINIUM
ASSOCIATION, INC.,

      Defendant.

_____/

## AFFIDAVIT OF PEDRO SOLER

# Exhibit "2"



**KEURIG**

Page 1 of 1

Batch: 825906
Date: 03/05/2009 00:00

KEURIG INC.
55 WALKERS BROOK DRIVE
READING, MA 01867
1-866-901-BREW

Order Number:    10557180
Document Number:  10557180
Order Started:   03/05/2009 12.00

Customer Number: HENRYJ.RAMO0001
Phone: (305) 866-7792

Ship Method: FEDEX COMMERCIAL GROUND



B   J. RAMOS HENRY
I   4911 NW 179 TERRACE
L
L   MIAMI GARDENS, FL 33055

S   HENRY RAMOS
H   9801 COLLINS AVENUE
I
P   BAL HARBOUR, FL 33154

T
O

T
O

| Location | Qty | Product | Description | Each | Total |
|---|---|---|---|---|---|
| 03-07-4 | 2 | 00-654114-024 | GJ DECAF SPECIAL BLEND 24 PK | $13.95 | $27.90 |
| 03-01-4 | 2 | 00-652110-024 | GJ CLASSIC RESERVE 24 PK | $13.95 | $27.90 |
| 15-03-4 | 2 | 00-651056-024 | GJ MUDSLIDE 24 PK | $13.95 | $27.90 |
| 17-07-4 | 1 | 00-651066-024 | GJ SWISS CHOC ALMOND 24PK | $13.95 | $13.95 |
| 17-08-4 | 2 | 00-651004-024 | GJ CINNAMON MOCHA 24 PK | $13.95 | $27.90 |
| 18-02-1 | 2 | 00-004000-024 | GM HOT COCOA 24 PK | $13.95 | $27.90 |
| 18-06-4 | 1 | 00-652123-024 | GJ SUMATRA DARK COFFEE 24 PK | $14.95 | $29.90 |
| 19-02-1 | 2 | 00-651016-024 | GJ CAPPUCCINO 24 PK | $13.95 | $13.95 |
| 26-01-3 | 1 | 50-005003-005 | TEA VARIETY 5PK | $13.95 | $27.90 |
| 28-01-3 | 3 | 00-653088-005 | DCH 100% COLOMBIA 5 PK | $2.95 | $8.85 |
| 29-01-2 | 1 | 50-005005-005 | VARIETY-2 FLAVORED COFFEE 5PK | $0.00 | $0.00 |
| 31-02-1 | 1 | 00-654215-005 | DCH DECAF COLUMBIAN 5 PACK | $0.00 | $0.00 |
| | | | | $2.95 | $2.95 |

If you have any questions with this order, please visit our website at
www.keurig.com or call us "toll free" at 1-866-901-BREW (2739).

| | |
|---|---|
| Sub-Total: | $209.10 |
| Shipping: | $0.00 |
| Sales Tax: | $0.00 |
| Sub-Total: | $209.10 |
| Allowance: | $20.91 |
| Total Paid: | $188.19 |

## PACKING SLIP - This is not an Invoice



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:10-cv-60627-AJ

AUDREY SHAPIRO,

       Plaintiff,

vs.

THE BALMORAL CONDOMINIUM
ASSOCIATION, INC.,

       Defendant.

_____/

## <u>AFFIDAVIT OF PEDRO SOLER</u>

# Exhibit "3"

BED BATH & BEYOND #146
11470 PINES BOULEVARD
PEMBROKE PINES, FL 33026
954-442-6553

00146 10 02/12/09-1837 000042 03-1166

RVN # 0014-6116-6003-0212-0900

| TOASTR OVEN D0400 | 1T | |
| 4438701400 | OUR PRICE | 59.99 |
| | 20% OFF ITEM T | 12.00- |
| | YOUR PRICE | 47.99 |
| COF K CUP HZLNUT | 1N | |
| 83425900052 | OUR PRICE | 9.99 |
| | 20% OFF ITEM N | 2.00- |
| | YOUR PRICE | 7.99 |
| COF K CUP HZLNUT | 1N | |
| 83425900052 | OUR PRICE | 9.99 |
| KCUP DECAF HZLNUT | 1N | |
| 9955515537 | OUR PRICE | 9.99 |
| KCUP HT CHOC GRNHT | 1N | |
| 9955515540 | OUR PRICE | 9.99 |
| SUBTOTAL | | 85.95 |
| | | |
| FL 6.00% SALES TAX | | 2.88 |
| TOTAL | | 88.83 |
| | | |
| CASH | | 90.00 |
| | | |
| CHANGE | | 1.17 |

**YOUR TOTAL SAVINGS $    14.00**

RVN # 0014-6116-6003-0212-0900

THANKS FOR SHOPPING BED BATH & BEYOND
Visit us at www.bedbathandbeyond.com
GIFT CARDS AVAILABLE
ORIGINAL RECEIPT REQUIRED FOR REFUNDS
146 10 02/12/09-1839 000042 03-1166

BED BATH & BEYOND #146
11470 PINES BOULEVARD
PEMBROKE PINES, FL 33026
954-442-6553

00146 10 02/07/09-1805 000050 01-2825

RVN # 0014-6282-5001-0207-0900

| MY K CUP 5048 KEUR | 1T | |
| 64964505048 | OUR PRICE | 14.99 |
| KCUP GM FR DECAF | 1N | |
| 9955515557 | OUR PRICE | 9.99 |
| KCUP HT CHOC GRNHT | 1N | |
| 9955515540 | OUR PRICE | 9.99 |
| COF K CUP HZLNUT | 1N | |
| 83425900052 | OUR PRICE | 9.99 |
| SUBTOTAL | | 44.96 |
| | | |
| FL 6.00% SALES TAX | | .90 |
| TOTAL | | 45.86 |
| | | |
| CASH | | 100.00 |
| | | |
| CHANGE | | 54.14 |



RVN # 0014-6282-5001-0207-0900

THANKS FOR SHOPPING BED BATH & BEYOND
Visit us at www.bedbathandbeyond.com
GIFT CARDS AVAILABLE
ORIGINAL RECEIPT REQUIRED FOR REFUNDS
00146 10 02/07/09-1806 000050 01-2825

BED BATH & BEYOND #146
11470 PINES BOULEVARD
PEMBROKE PINES, FL 33026
954-442-6553

00146 10 02/17/09-1933 000040 01-5207

RVN # 0014-6520-7001-0217-0900

| COF KCUP FRNCH RST | 1N | |
| 83425900050 | OUR PRICE | 9.9 |
| KCUP EMERIL BOLD | 1N | |
| 8421150150 | OUR PRICE | 9.98 |
| TOTAL | | 20.00 |
| | | .02 |

RVN # 0014-6520-7001-0217-0900

JR SHOPPING BED BATH & BEYOND
at www.bedbathandbeyond.com
GIFT CARDS AVAILABLE
RIGINAL RECEIPT REQUIRED FOR REFUNDS
00146 10 02/17/09-1933 000040 01-5207

```
              BED BATH & BEYOND #146
               11470 PINES BOULEVARD
              PEMBROKE PINES, FL 33026
                   954-442-6553

      00146 10 02/21/09-1743 000025 01-6126

          RVN # 0014-6612-6001-0221-0900

      KCUP HT CHOC GRNMT        1N
      9955515540   OUR PRICE          9.99
```

```
      COFFEE K-CUP
      9955515510   OUR PRICE          9.99
      COF K-CUP HZLNUT         1N
      83425900052  OUR PRICE          9.99
             TOTAL                   29.97

             CASH                    50.00

             CHANGE                  20.03
```

║█║█║║█║█║║█║█║█║║█║█║║█║█║║█║█║█║║█║█║║

```
          RVN # 0014-6612-6001-0221-0900

      THANKS FOR SHOPPING BED BATH & BEYOND
      Visit us at www.bedbathandbeyond.com
             GIFT CARDS AVAILABLE
      ORIGINAL RECEIPT REQUIRED FOR REFUNDS
      00146 10 02/21/09-1744 000025 01-6126
```

```
          BED BATH & BEYOND #146
          11470 PINES BOULEVARD
         PEMBROKE PINES, FL 33026
              954-442-6553

   00146 10 03/01/09-1445 000503 02-6249

      RVN # 0014-6624-9002-0301-0900

   COF K/CP FRNCH RST        1N
   83425900050  OUR PRICE        9.99
                20% OFF ITEM N   2.00-
                YOUR PRICE       7.99
   COF K CUP FR VAN           1N
   6215153779   OUR PRICE        9.99
                20% OFF ITEM N   2.00-
                YOUR PRICE       7.99
          TOTAL               15.98

          CASH                20.00

          CHANGE               4 0.

   YOUR TOTAL SAVINGS $       4.00
```



```
      RVN # 0014-6624-9002-0301-0900

   THANKS FOR SHOPPING BED BATH & BEYOND
   Visit us at www.bedbathandbeyond.com
          GIFT CARDS AVAILABLE
   ORIGINAL RECEIPT REQUIRED FOR REFUNDS
   00146 10 03/01/09-1445 000503 02-6249
```

BED BATH & BEYOND #146
11470 PINES BOULEVARD
PEMBROKE PINES, FL 33026
954-442-6553

00146 10 04/29/09-1808 000003 03-6593

RVN # 0014-6659-3003-0429-0900



COFFEE K CUR          1N
9955515510   OUR PRICE        9.99
COF K CUP DK MAGIC    1N
9955515509   OUR PRICE        9.99
KCUP HALF CAFF        1N
9955515536   OUR PRICE        9.99
GUM TRIDENT           1T
1254667151   OUR PRICE        1.19
$10 OFF TRAN          T    10.00-
            TOTAL           21.16

CASH                         22.00

CHANGE                         .84

YOUR TOTAL SAVINGS $     10.00

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

RVN # 0014-6659-3003-0429-0900

THANKS FOR SHOPPING BED BATH & BEYOND
Visit us at www.bedbathandbeyond.com
        GIFT CARDS AVAILABLE
ORIGINAL RECEIPT REQUIRED FOR REFUNDS
00146 10 04/29/09-1808 000003 03-6593

BED BATH & BEYOND #146
11470 PINES BOULEVARD
PEMBROKE PINES, FL 33026
954-442-6553

00146 10 04/20/09-1848 000415 52-233

RVN # 0014-6023-3052-0420-0900



COF K CP FRNCH RST    1N
83425900050  OUR PRICE        9.99
   20% OFF ITEM N    2.00-
        YOUR PRICE            7.99
KCUP ISLND COCONUT    1N
9955515538   OUR PRICE        9.99
   20% OFF ITEM N    2.00-
        YOUR PRICE            7.99
COF K CUP KONA        1N
68142700315  OUR PRICE        9.99
            TOTAL           25.97

CASH

CHANGE

YOUR TOTAL SAVINGS $      4.00

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

RVN # 0014-6023-3052-0420-0900

THANKS FOR SHOPPING BED BATH & BEYOND
Visit us at www.bedbathandbeyond.com
        GIFT CARDS AVAILABLE
ORIGINAL RECEIPT REQUIRED FOR REFUNDS
00146 10 04/20/09-1849 000415 52-233

BED BATH & BEYOND #146
11470 PINES BOULEVARD
PEMBROKE PINES, FL 33026
954-442-6553

00146 10 05/02/09-1552 000047 01-3109

RVN # 0014-6310-9001-0502-0900

 COF K CUP KONAY         1N
68142700315  OUR PRICE          9.99
             20% OFF ITEM N     2.00-
             YOUR PRICE         7.99
KCUP DONUT SHOP              1N
83425900714  OUR PRICE          9.99
             20% OFF ITEM N     2.00-
             YOUR PRICE         7.99
        TOTAL               15.98

        CASH                16.00

        CHANGE                .02

YOUR TOTAL SAVINGS $     4.00

RVN # 0014-6310-9001-0502-0900

THANKS FOR SHOPPING BED BATH & BEYOND
Visit us at www.bedbathandbeyond.com
     GIFT CARDS AVAILABLE
ORIGINAL RECEIPT REQUIRED FOR P*
00146 10 05/02/09-1553 0000



N. MIAMI BEACH#182

MEMBER #111763467267

834658 ECLIPSE VRTY        9.99 A
281792 COFFEE KCUPS       33.49
   583 CRM CHZ CKS         5.99
362802 TORT. STRIPS        3.59
 92202 PLANTAIN           2.49
 30669 BANANAS            1.32
320420 BISCOTTI          10.99
  8076 CD GINGER AL        7.29 A

     SUBTOTAL             75.15
A 7.0 % TAX RATE           1.21

     TOTAL              ▓▓▓▓
     Cash                  .00

# Publix

Sunny Isles  Publix 305-931-9615
Store Manager: Jim Blanchard

```
WTRMLN CHKS SDLS                     1.55   F
    Adv Spec Savings  0.78
EDYS SC LT CUPS
1 @   5 FOR      5.00         1.00 T F
    Adv Buy Savings  0.19
EDYS SC LT CUPS
1 @   5 FOR      5.00         1.00 T F
    Adv Buy Savings  0.19
EDYS SC LT CUPS
1 @   5 FOR      5.00         1 00 T F
    Adv Buy Savings  0.19
EDYS SC LT CUPS
1 @   5 FOR      5.00         1.00 T F
    Adv Buy Savings  0.19
EDYS SC LT CUPS
1 @   5 FOR      5.00         1.00 T F
    Adv Buy Savings  0.19
COFFEE BAG                           2.69   F
1.00 line

    Order Total                     21.82
      Sales Tax                      0.44
    Grand Total                     22.26
Cash                                22.26
Change                               0.00

Savings Summary
  Advertised Special Savings         1.18
  Advantage Buy Savings              0.95
******************************************
*       Your Savings at Publix           *
*              2.13                       *
******************************************

Your cashier was Kettia

          P.O. Box 407
       Lakeland, FL 33802-0407

06/03/2009  7:53 S0066  R106 9475 C0258

          Where Saving Is
       Part of the Pleasure

     Publix Super Markets, Inc.
```

```
          BED BATH & BEYOND #146
          11470 PINES BOULEVARD
          PEMBROKE PINES, FL 33026
              954-442-6553

    00146 10 06/09/09-1839 000040 02-6877

       RVN # 0014-6687-7002-0609-0900

```

```
    COR K CUP KONA           1N
    68142700315  OUR PRICE         9.99
                 20% OFF ITEM N     2.00-
                 YOUR PRICE         7.99
    KCUP DECAF HZLNUT         1N
    9955515537   OUR PRICE         9.99
                 20% OFF ITEM N     2.00-
                 YOUR PRICE         7.99
              TOTAL               15.98

              CASH                20.00

              CHANGE               4.02

    YOUR TOTAL SAVINGS $      4.00
```

|||||||||||||||||||||||||||||||||||

```
       RVN # 0014-6687-7002-0609-0900

    THANKS FOR SHOPPING BED BATH & BEYOND
    Visit us at www.bedbathandbeyond.com
           GIFT CARDS AVAILABLE
    ORIGINAL RECEIPT REQUIRED FOR REFUNDS
    00146 10 06/09/09-1841 000040 02-6877
```

```
          BED BATH & BEYOND #146
           11470 PINES BOULEVARD
          PEMBROKE PINES, FL 33026
               954-442-6553

     00146 10 06/19/09-1757 000040 02-8139

        RVN # 0014-6813-9002-0619-0900

     ICE CUBE TRAY S/2        1T
     7891501352   OUR PRICE         2.99
     KCUP DECAF HZLNUT        1N
     9955515537   OUR PRICE         9.99
     KCUP HALF CAFF          1N
     9955515536   OUR PRICE         9.99
     KCUP GM FR DECAF        1N
     9955515557   OUR PRICE         9.99
              SUBTOTAL             32.96

         FL 6.00% SALES TAX         .18
         TOTAL                    33.14

         CASH                     20.00

         CASH                     20.00

         CHANGE                    6.86
```



```
        RVN # 0014-6813-9002-0619-0900

     THANKS FOR SHOPPING BED BATH & BEYOND
```

```
          BED BATH & BEYOND #146
           11470 PINES BOULEVARD
          PEMBROKE PINES, FL 33026
               954-442-6553

     00146 10 06/26/09-1733 000047 01-5482

        RVN # 0014-6548-2001-0626-0900

     KCUP DECAF HZLNUT        1N
     9955515537   OUR PRICE         9.99
                  20% OFF ITEM N    2.00-
                  YOUR PRICE        7.99
     COF K CUP KONA          1N
     68142700315  OUR PRICE         9.99
     KCUP MTN BLUBRY         1N
     9955515583   OUR PRICE         9.99
              TOTAL                27.97

         CASH                     40.00

         CHANGE                   12.03

     YOUR TOTAL SAVINGS $      2.00
```

```
        RVN # 0014-6548-2001-0626-0900

     THANKS FOR SHOPPING BED BATH & BEYOND
     Visit us at www.bedbathandbeyond.com
          GIFT CARDS AVAILABLE
     ORIGINAL RECEIPT REQUIRED FOR REFUNDS
     00146 10 06/26/09-1737 000047 01-5482
```

BED BATH & BEYOND #146 
11470 PINES BOULEVARD
PEMBROKE PINES, FL 33026
954-442-6553

00146 10 07/02/09-1850 000025 51-4188

RVN # 0014-6418-8051-0702-0900

COF K CUP KONA                1N
68142700315   OUR PRICE       9.99
          TOTAL               9.99

          CASH               20.00

          CHANGE             10.01

RVN # 0014-6418-8051-0702-0900

THANKS FOR SHOPPING BED BATH & BEYOND
Visit us at www.bedbathandbeyond.com
        GIFT CARDS AVAILABLE
ORIGINAL RECEIPT REQUIRED FOR REFUNDS
00146 10 07/02/09-1852 000025 51-4188

Visit us at www.bedbathandbeyond.com
        GIFT CARDS AVAILABLE
ORIGINAL RECEIPT REQUIRED FOR REFUNDS
00146 10 07/15/09-1815 000030 03-2782



```
BED BATH & BEYOND #146
11470 PINES BOULEVARD
PEMBROKE PINES, FL 33026
954-442-6553

00146 10 08/10/09-1838 000047 01-5786

RVN # 0014-6578-6001-0810-0900

KCUP DECAF HZLNUT          1N
9955515537    OUR PRICE         9.99
              20% OFF ITEM N    2.00-
              YOUR PRICE        7.99
COF K CUP KONA            1N
68142700315   OUR PRICE         9.99
              20% OFF ITEM N    2.00-
              YOUR PRICE        7.99
COFFEE K-CUP             1N
9955515507    OUR PRICE         9.99
              20% OFF ITEM N    2.00-
              YOUR PRICE        7.99
              TOTAL            23.97

              CASH             40.00

              CHANGE           16.03

        YOUR TOTAL SAVINGS $    6.00
```



```
        RVN # 0014-6578-6001-0810-0900

THANKS FOR SHOPPING BED BATH & BEYOND
Visit us at www.bedbathandbeyond.com
        GIFT CARDS AVAILABLE
ORIGINAL RECEIPT REQUIRED FOR REFUNDS
00146 10 08/10/09-1839 000047 01-5786
```

BED BATH & BEYOND #146
11470 PINES BOULEVARD
PEMBROKE PINES, FL 33026
954-442-6553

00146 10 07/28/09-1809 000038 03-4089

RVN # 0014-6408-9003-0728-0900


KCUP DONUT SHOP              1N
83425900714   OUR PRICE          9.99
COF K CUP KONA              1N
68142700315   OUR PRICE          9.99
              TOTAL              19.98

CASH                       20.00

CHANGE                        .02

RVN # 0014-6408-9003-0728-0900

THANKS FOR SHOPPING BED BATH & BEYOND
Visit us at www.bedbathandbeyond.com
        GIFT CARDS AVAILABLE
ORIGINAL RECEIPT REQUIRED FOR REFUNDS
00146 10 07/28/09-1809 000038 03-4089

    Ad Spec Savings  0.19
EDYS SC LT CUPS
  1 @ 10 FOR      10.00      1.00 T F
    Ad Spec Savings  0.19
EDYS SC LT CUPS
  1 @ 10 FOR      10.00      1.00 T F
    Ad Spec Savings  0.19

# Publix

Sunny Isles Publix 305-931-9615
Store Manager: Jim Blanchard

5X7 POST CARD
1 @  2 FOR       1.00        0.50 T
BLUE BELL I/C CUPS           5.49 T F
LIPTON GREEN TEA             1.59 T F
HEB/N JUMBO FRANKS           5.09   F
ARNOLD HOTDOG BUNS           2.99   F
BANANAS
1.97 lb @   0.69/ lb         1.36   F
PUB 8 3/4" P/PLATE           2.83 T
NCAR 2% MILK PLST            2.15   F
LOL GOUR HALF/HALF
1 @  2 FOR       3.00        1.50   F
PUBLIX MILK                  2.19   F
COFFEE BAG                   2.69   F
PHIL FF CR/CHZ SFT
1 @  2 FOR       3.00        1.50   F
    Ad Spec Savings  0.55
WTRMLN CHKS SDLS             2.78  F
GLD LCK FREZ QT VP
1 @  2 FOR       5.00        2.50 T
    Ad Spec Savings  0.79
WESSON OIL                   2.19   F
ZEPHYR DRINK WATER           1.23   F
ZEPHYR DRINK WATER           1.23   F

  Order Total               39.81
  Sales Tax                  0.91
  Grand Total               40.72
Cash                        41.00
Change                       0.28

Savings Summary
  Advertised Special Savings  1.34
********************************
*    Your Savings at Publix    *
*           1.34               *
********************************

Your cashier was Kettia

      P.O. Box 407
   Lakeland, FL 33802-0407

08/11/2009  7:32 S0066  R106 5471 C0258

      Where Saving Is
    Part of the Pleasure

   Publix Super Markets, Inc.

```
              BED BATH & BEYOND #146
              11470 PINES BOULEVARD
              PEMBROKE PINES, FL 33026
                  954-442-6553

        00146 10 09/02/09-1733 291455 52-6010

           RVN # 0014-6601-0052-0902-0900

        COF K CUP KONA            1N
        68142700315   OUR PRICE        9.99
                      20% OFF ITEM N   2.00-
                      YOUR PRICE       7.99
        KCUP DECAF HZLNUT         1N
        9955515537    OUR PRICE        9.99
                      20% OFF ITEM N   2.00-
                      YOUR PRICE       7.99
        KCUP EARL GREY TEA       1N
        7017751047    OUR PRICE        9.99
                      TOTAL           25.97

              CASH                    25.00

              CASH                    15.00

              CHANGE                  14.03

        YOUR TOTAL SAVINGS $       4.00
```



```
           RVN # 0014-6601-0052-0902-0900

        THANKS FOR SHOPPING BED BATH & BEYOND
        Visit us at www.bedbathandbeyond.com
              GIFT CARDS AVAILABLE
        ORIGINAL RECEIPT REQUIRED FOR REFUNDS
        00146 10 09/02/09-1736 291455 52-6010
```

# Publix

Sunny Isles  Publix 305-931-9615
Store Manager: Jim Blanchard

```
CARD JWSH NY                    0.99 T
BANANAS
3.56 lb @    0.69/ lb          2.46   F
ZEPHYR DRINK WATER             1.23   F
ZEPHYR DRINK WATER             1.23   F
ZEPHYR DRINK WATER             1.23   F
B&J ICE CREAM
1 @  5 FOR      5.00           1.00 T F
    Adv Buy Savings  0.19
B&J ICE CREAM
1 @  5 FOR      5.00           1.00 T F
    Adv Buy Savings  0.19
B&J ICE CREAM
1 @  5 FOR      5.00           1.00 T F
    Adv Buy Savings  0.19
BLUE BELL I/C CUPS             4.94 T F
    Adv Buy Savings  0.55
COFFEE BAG                     2.69   F
MUR SF SUGAR WAFER
2 @ 2 FOR    5.00              2.50   F
ZEPHYR SPRNG WATER             2.47   F
POSTOBON POPULAR               1.99 T F
Voided Item
POSTOBON POPULAR              -1.99 T F

      Order Total             73.65
       Sales Tax               2.24
     Grand Total              75.89
Cash                          76.00
Change                         0.11
```

Savings Summary
```
Vendor Coupon                  0.75
Advertised Special Savings     5.24
Advantage Buy Savings          3.61
```
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*      Your Savings at Publix       \*
\*             9.60                   \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Your cashier was Martha

      P.O. Box 407
   Lakeland, FL 33802-0407

09/04/2009  8:02 S0066  R104 0027 C0246

         Where Saving Is
        Part of the Pleasure

      Publix Super Markets, Inc.

```
           BED BATH & BEYOND #146
           11470 PINES BOULEVARD
           PEMBROKE PINES, FL 33026
                 954-442-6553

      00146 10 09/17/09-1804 104127 01-3554

        RVN # 0014-6355-4001-0917-0900

      GOE.K CUP KONA           1N
      68142700315   OUR PRICE        9.99
      KCUP MOCHA ESCAPE         1T
      9955515803    OUR PRICE       10.99
                    20% OFF ITEM T   2.20-
                       YOUR PRICE    8.79
      KCUP EARL GREY TEA       1N
      7017751047    OUR PRICE        9.99
      KCUP EARL GREY TEA       1N
      7017751047    OUR PRICE        9.99
                    $10 OFF TRAN N  10.00-
             SUBTOTAL               28.76

             FL 6.00% SALES TAX       .53
             TOTAL                  29.29

        CASH                       30.00

        CHANGE                        .71

      YOUR TOTAL SAVINGS $    12.20
```

||||||||||||||||||||||||||||||||||||||||

```
        RVN # 0014-6355-4001-0917-0900

      THANKS FOR SHOPPING BED BATH & BEYOND
      Visit us at www.bedbathandbeyond.com
            GIFT CARDS AVAILABLE
      ORIGINAL RECEIPT REQUIRED FOR REFUNDS
      00146 10 09/17/09-1805 104127 01-3554
```

# Publix

Sunny Isles  Publix 305-931-9615
Store Manager: Jim Blanchard

```
H/DZ BAR SS
1 @  2 FOR     5.00          2.50 T F
EDYS SC LT CUPS
6 @ 10 FOR    10.00          6.00 T F
    Adv Buy Savings  1.14
EDYS SC LT CUPS
4 @ 10 FOR    10.00          4.00 T F
    Adv Buy Savings  0.76
B&J ICE CREAM                1.19 T F
B&J ICE CREAM                1.19 T F
PUB LARGE EGGS               1.39  F
WW CHOC BROWNIE              2.99
    Ad Spec Savings  0.60
SUE BEE SQEZ HONEY           2.99  F
LABELS 1 X 2.75 WH
1 @  2 FOR     3.00          1.50 T
TAB.NS PEA SOUP              2.49  F
TABATCHNICK'S SOUP           2.49  F
KELL SPECIAL K
1 @ 10 FOR    10.00          1.00  F
KELL SPECIAL K
1 @  10 FOR   10.00          1.00  F
COFFEE BAG                   2.69  F
MCAR FF MILK PLST            1.85  F
    Adv Buy Savings  0.20
SKIM PLUS FF MILK            2.09  F
SKIM PLUS FF MILK            2.09  F
SUE BEE SQEZ HONEY           2.99  F
BRKF BLEND COFFEE            6.99  F
BANANAS
1.00 lb @
Order Total                 84.97
    Sales Tax                2.84
Grand Total                 87.81
Cash                        40.00
Debit        Payment        47.81
Change                       0.00
```

<u>Savings Summary</u>
Advertised Special Savings   5.30
Advantage Buy Savings        3.70
************************************
\*     Your Savings at Publix     \*
\*           9.00                  \*
************************************
- - - - - - - - - - - - - - - - - -
PRESTO!
Reference #: 068987-003
Trace #: 0010019121
Acct #: XXXXXXXXXXXX3412
Debit Purchase FROM CHECKING
Amount: $47.81
- - - - - - - - - - - - - - - - - -

Your cashier was Kettia

P.O. Box 407
Lakeland, FL 33802-0407

---

# Publix

Sunny Isles  Publix 305-931-9615
Store Manager: Jim Blanchard

```
Cashier Confirmed - Age Over 21
PRESIDENTE 6PK LNN           7.79 T
MCAR FF MILK PLST            1.85  F
    Adv Buy Savings  0.20
MCAR 2% MILK PLST            1.85  F
    Adv Buy Savings  0.20
BANANAS
2.14 lb @    0.69/ lb        1.48  F
PILLSBURY FLOUR              1.39  F
SPLENDA PACKETS 50           2.59  F
DOM SUGAR CANISTER           3.49  F
APPLE RED DELIC LG
1.20 lb @    1.39/ lb        1.67  F
POTATOES SWEET
1.33 lb @    0.99/ lb        1.32  F
ARNOLD HOTDOG BUNS           2.99  F
PUBLIX MILK                  2.29  F
COFFEE MATE FR VAN
1 @  4 FOR     6.00          1.50  F
    Ad Spec Savings  0.55
COF MATE HAZELNUT
1 @  4 FOR     6.00          1.50  F
    Ad Spec Savings  0.55
COF-MATE F/F HZNUT
1 @  4 FOR     6.00          1.50  F
    Ad Spec Savings  0.55
BRK  COT DOUBLES
1 @  4 FOR     5.00          1.25  F
BRK  COT DOUBLES
1 @  4 FOR     5.00          1.25  F
ZEPHYR DRINK WATER           1.23  F
HEB/N JUMBO FRANKS           5.19  F
LC CC BEEF/BROCC             3.49  F
PEPSI COLA
1 @  5 FOR     5.00          1.00 T F
    Ad Spec Savings  0.79
PEPSI COLA
1 @  5 FOR     5.00          1.00 T F
    Ad Spec Savings  0.79

Order Total                 47.62
    Sales Tax                0.69
Grand Total                 48.31
Debit        Payment        48.31
Change                       0.00
```

<u>Savings Summary</u>
Advertised Special Savings   3.23
Advantage Buy Savings        0.40
************************************
\*     Your Savings at Publix     \*
\*           3.63                  \*
************************************
- - - - - - - - - - - - - - - - - -
PRESTO!
Reference #: 060148-003
Trace #: 0010017281
Acct #: XXXXXXXXXXXX3412

115 73
-100
15 73

BED BATH & BEYOND #146
11410 PINES BOULEVARD
PEMBROKE PINES, FL 33026
954-442-6553

00146 10 10/25/09-1336 372393 01-1478

RVN # 0014-6147-8001-1025-0900

 COF K-CUP DECAF          1N
64964504610  OUR PRICE          9.99
             20% OFF ITEM N     2.00-
             YOUR PRICE         7.99
     TOTAL                      7.99

     CASH                      10.00

     CHANGE                     2.01

YOUR TOTAL SAVINGS $            2.00

RVN # 0014-6147-8001-1025-0900

THANKS FOR SHOPPING BED BATH & BEYOND
Visit us at www.bedbathandbeyond.com
     GIFT CARDS AVAILABLE
ORIGINAL RECEIPT REQUIRED FOR REFUNDS
00146 10 10/25/09-1337 372393 01-1478

# Publix

Sunny Isles  Publix 305-931-9615
Store Manager: Jim Blanchard

```
MAGIC FINISH
1 @   4 FOR      5.00           1.25 T
   Adv Buy Savings  0.24
MAGIC PREM STARCH               1.89 T
MAGIC FINISH
1 @   4 FOR      5.00           1.25 T
   Adv Buy Savings  0.24
TROP PURE OJ
1 @   2 FOR      6.00           3.00  F
   Ad Spec Savings  0.89
MANISCH NOODLES                 2.59  F
PLUMROSE SLICE HAM
1 @   3 FOR      5.00           1.67  F
   Ad Spec Savings  0.52
BRK  COT DOUBLES
1 @   4 FOR      5.00           1.25  F
BRK  COT DOUBLES
1 @   4 FOR      5.00           1.25  F
PUB PR PLTE                     2.83  T

       Order Total            56.53
       Sales Tax               1.22
       Grand Total            57.75
Debit          Payment        57.75
Change                         0.00
```

Savings Summary
```
   Advertised Special Savings   4.67
   Advantage Buy Savings        0.48
**************************************
*      Your Savings at Publix        *
*              5.15                   *
**************************************
```

```
PRESTO!
Reference #: 063548-003
Trace #: 0010010501
Acct #: XXXXXXXXXXXX3412
Debit  Purchase FROM CHECKING
Amount: $57.75
```

Your cashier was Martha

P.O. Box 407
Lakeland, FL 33802-0407

11/06/2009  7:48 S0066  R106 8031 C0246

Where Saving Is
Part of the Pleasure

Publix Super Markets, Inc.

# Publix

Sunny Isles  Publix 305-931-9615
Store Manager: Jim Blanchard

```
ARWK ARO FRS WATRS              0.99 T
   Adv Buy Savings  0.30
ARWK ARO FRS WATRS              0.99 T
   Adv Buy Savings  0.30
COFFEEMATE LT NON               3.27 T
SCHWEPPES GINGRALE
1 @   3 FOR     10.00           3.34 T F
LU RICH TEA BISCUI              2.79  F
LU HERB FLTBRD CRK
1 @   2 FOR      5.00           2.50  F
   Adv Buy Savings  0.79
PUBLIX  MILK                    2.29  F
YOPLAIT YOGURT                  0.77  F
YOPLAIT YOGURT
   2 @      0.77                1.54  F
YOPLAIT YOGURT                  0.77  F
COFFEE BAG                      1.99  F
   Ad Spec Savings  0.60
BANANAS
2.35 lb @   0.69/ lb            1.62  F
CUTRITE WAX PAPER               1.49 T
GLAD TRASH BAG 4GL              2.77 T
PUB LARGE EGGS                  1.59  F
LIPTON GREEN TEA                1.59 T F
DIXIE 200CY NAPKIN              1.99 T
   Adv Buy Savings  0.40
PEPSI COLA
3 @   5 FOR      5.00           3.00 T F
IBERIA MANDARIN                 1.07 T F
PINEAPPLE SODA                  1.07 T F
TANGERINES                      1.88  F
   Ad Spec Savings  1.11
ZEPHYR DRINK WATER              1.23  F
PUB 8 1/2" PR PLTE              2.83 T
ZEPHYR DRINK WATER              1.23  F

       Order Total            44.60
       Sales Tax               1.48
       Grand Total            46.08
Cash                          50.00
Change                         3.92
```

Savings Summary
```
   Advertised Special Savings   1.71
   Advantage Buy Savings        1.79
**************************************
*      Your Savings at Publix        *
*              3.50                   *
**************************************
```

BED BATH & BEYOND #146
11470 PINES BOULEVARD
PEMBROKE PINES, FL 33026
954-442-6553

00146 10 11/15/09-1202 372393 01-6095

RVN # 0014-6609-5001-1115-0900



KCUP EARL GREY TEA       1N
7017751047  OUR PRICE        9.99
            20% OFF ITEM N   2.00-
            YOUR PRICE       **7.99**
COF K CUP DECAF          1N
64964504610 OUR PRICE        9.99
            20% OFF ITEM N   2.00-
            YOUR PRICE       **7.99**
COF K CUP KONA          1N
68142700315 OUR PRICE        9.99
            20% OFF ITEM N   2.00-
            YOUR PRICE       **7.99**
VITAMINWTR ESSNTL       1N
78616204000 OUR PRICE        1.69
            TOTAL           25.66

            CASH            40.66

            CHANGE          15.00

YOUR TOTAL SAVINGS $      6.00

RVN # 0014-6609-5001-1115-0900

THANKS FOR SHOPPING BED BATH & BEYOND
Visit us at www.bedbathandbeyond.com
    GIFT CARDS AVAILABLE
ORIGINAL RECEIPT REQUIRED FOR REFUNDS
00146 10 11/15/09-1206 372393 01-6095



```
          BED BATH & BEYOND #146
          11470 PINES BOULEVARD
          PEMBROKE PINES, FL 33026
              954-442-6553

    00146 10 12/20/09-0956 140951 51-7507

        RVN # 0014-6750-7051-1220-0900

KCUP CARCUSEL            1T
64964505C60  OUR PRICE        19.99
             20% OFF ITEM T    4.00-
             YOUR PRICE       15.99
CAN CLAW                1T
91492804C1   OUR PRICE         3.99
             20% OFF ITEM T     .80-
             YOUR PRICE        3.19
DVD ROMANCE ASST        1T
44444449C95  OUR PRICE         7.99
             20% OFF ITEM T    1.60-
             YOUR PRICE        6.39
KCUP EARL GREY TEA      1N
70177510C7   OUR PRICE         9.99
             20% OFF ITEM N    2.00-
             YOUR PRICE        7.99
COF K CUF DECAF         1N
64964504E10  OUR PRICE         9.99
             20% OFF ITEM N    2.00-
             YOUR PRICE        7.99
KCUP EARL GREY TEA      1N
70177510C7   OUR PRICE         9.99
             20% OFF ITEM N    2.00-
             YOUR PRICE        7.99
      SUBTOTAL                49.54

      FL 5.00% SALES TAX       1.54
      TCTAL                   51.08

      CASH                    60.08

      CHANGE                   9.00

  YOUR TOTAL SAVINGS $    12.40
```



```
        RVN # 0014-6750-7051-1220-0900

  THANKS FCR SHOPPING BED BATH & BEYOND
  Visit us at www.bedbathandbey    com
      GIFT CARDS AVAILABLE
  ORIGINAL RECEIPT REQUIRED FOR REFUND
   00146 10 12/20/09-0959 140951 51-7507
```

```
        RVN # 0014-6175-7001-1208-0900

COF K CUP KONA          1N
68142700315  OUR PRICE         9.99
             20% OFF ITEM N    2.00-
             YOUR PRICE        7.99
KCUP HALF CAFF          1N
9955515536   OUR PRICE         9.99
             20% OFF ITEM N    2.00-
             YOUR PRICE        7.99
COF K CUP KONA          1N
68142700315  OUR PRICE         9.99
             20% OFF ITEM N    2.00-
             YOUR PRICE        7.99
KCUP HOTCHOC MLK        1N
9955515801   OUR PRICE        10.99
             20% OFF ITEM N    2.20-
             YOUR PRICE        8.79
      TOTAL                   32.76

      CASH                    40.00

      CHANGE                   7.24

  YOUR TOTAL SAVINGS $     8.20
```



```
      RVN # 0014-6175-7001-1208-0900

  THANKS FOR SHOPPING BED BATH & BEYOND
  Visit us at www.bedbathandbeyond.com
      GIFT CARDS AVAILABLE
  ORIGINAL RECEIPT REQUIRED FOR REFUNDS
  00146 10 12/08/09-1853 393019 01-1757



         P.O. Box 407
      Lakeland, FL 33802-0407

  12/09/2009  7:50 S0066  R106 8875 C0259

      Where Saving Is
       Part of the Pleasure

    Publix Super Markets, Inc.
```

# PUBLIX

Sunny Isles  Publix 305-931-9615
Store Manager: Jim Blanchard

```
TRNSLCNT 16 OZ CUP              2.79 T
ESPRESSO CUP 4 OZ              1.19 T
BANANAS
2.63 lb @     0.69/ lb         1.81  F
CUP NOODLES CHCKN
1 @   2 FOR      0.83          0.42  F
FRENCH BREAD                   1.99  F
CUP NOODLES CHCKN
1 @   2 FOR      0.83          0.41  F
SKIM PLUS FF MILK              2.09  F
LACTAID 100 2% MIL             2.27  F
MCAR FF MILK PLST              2.05  F
MCAR WHLE MLK PLST             2.05  F
WTRMLN CHKS SDLS               2.51  F
MCAR 2% MILK PLST              2.05  F
PUBLIX  MILK                   2.29  F
PUB LARGE EGGS                 1.69  F
ARMR L/M TKY/TREAT
1 @   4 FOR      5.00          1.25 T F
ARMR L/M TKY/TREAT
1 @   4 FOR      5.00          1.25 T F
ZEPHYR DRINK WATER             1.23  F
ZEPHYR DRINK WATER             1.23  F
PEPSI COLA
1 @   5 FOR      5.00          1.00 T F
   Adv Buy Savings  0.79
IBERIA MANDARIN                1.07 T F
SUNKIST ORANGE
1 @   5 FOR      5.00          1.00 T F
   Adv Buy Savings  0.79
PEPSI COLA
1 @   5 FOR      5.00          1.00 T F
   Adv Buy Savings  0.79
COFFEE BAG                     2.59   F
ZIPL TWIST/LOC SML             3.09 T

   Order Total                40.32
      Sales Tax                0.96
   Grand Total                41.28
Debit        Payment          41.28
   Change                      0.00

Savings Summary
  Advantage Buy Savings        2.37
**************************************
*      Your Savings at Publix        *
*              2.37                   *
**************************************
- - - - - - - - - - - - - - - - - - -
   PRESTO!
   Reference #: 066391-003
   Trace #: 0010014931
   Acct #: XXXXXXXXXXXX3412
   Debit  Purchase FROM CHECKING
   Amount: $41.28
- - - - - - - - - - - - - - - - - - -

Your cashier was Martha
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:10-cv-60627-AJ

AUDREY SHAPIRO,

      Plaintiff,

vs.

THE BALMORAL CONDOMINIUM
ASSOCIATION, INC.,

      Defendant.

_____/

## DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

# Exhibit "B"

OMB No. 1545-0127

Form **1120-H**

### U.S. Income Tax Return for Homeowners Associations

▶ See separate instructions.

**2009**

Department of the Treasury
Internal Revenue Service

For calendar year 2009 or tax year beginning _____ , and ending _____

Employer identification number

| | | |
|---|---|---|
| Use IRS label. Other- wise, print or type. | Name  THE BALMORAL CONDOMINIUM ASSOC, INC | **59-1843961** |
| | Number, street, and room or suite no. If a P.O. box, see instructions.  9801 COLLINS AVENUE | Date association formed |
| | City or town, state, and ZIP code  BAL HARBOUR          FL 33154 | **07/24/1978** |

Check if: (1) ☐ Final return   (2) ☐ Name change   (3) ☐ Address change   (4) ☐ Amended return

A Check type of homeowners association: (1) ☐ Condominium management association ☒   (2) ☐ Residential real estate association   (3) ☐ Timeshare association

| | | |
|---|---|---|
| B Total exempt function income. Must meet 60% gross income test (see instructions) | B | **4,732,311** |
| C Total expenditures made for purposes described in 90% expenditure test (see instructions) | C | **5,094,024** |
| D Association's total expenditures for the tax year (see instructions) | D | **5,094,024** |
| E Tax-exempt interest received or accrued during the tax year | E | |

### Gross Income (excluding exempt function income)

| | | |
|---|---|---|
| 1 Dividends | 1 | |
| 2 Taxable interest | 2 | 32,493 |
| 3 Gross rents | 3 | |
| 4 Gross royalties | 4 | |
| 5 Capital gain net income (attach Schedule D (Form 1120)) | 5 | |
| 6 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 6 | |
| 7 Other income (excluding exempt function income) (attach schedule)      STMT 1 | 7 | 132,790 |
| 8 Gross income (excluding exempt function income). Add lines 1 through 7 | 8 | 165,283 |

### Deductions (directly connected to the production of gross income, excluding exempt function income)

| | | |
|---|---|---|
| 9 Salaries and wages | 9 | |
| 10 Repairs and maintenance | 10 | |
| 11 Rents | 11 | |
| 12 Taxes and licenses | 12 | |
| 13 Interest                                       TOTAL          0 | 13 | 6,394 |
| 14 Depreciation (attach Form 4562) | 14 | 208,200 |
| 15 Other deductions (attach schedule)                      STMT 2 | 15 | 214,594 |
| 16 Total deductions. Add lines 9 through 15 | 16 | -49,311 |
| 17 Taxable income before specific deduction of $100. Subtract line 16 from line 8 | 17 | 100 |
| 18 Specific deduction of $100 | 18 | |

### Tax and Payments

| | | |
|---|---|---|
| 19 Taxable income. Subtract line 18 from line 17 | 19 | -49,411 |
| 20 Enter 30% of line 19. (Timeshare associations, enter 32% of line 19.) | 20 | 0 |
| 21 Tax credits (see instructions) | 21 | |
| 22 Total tax. Subtract line 21 from line 20. See instructions for recapture of certain credits | 22 | 0 |

| | | | |
|---|---|---|---|
| 23 a 2008 overpayment credited to 2009 | 23a | | |
| b 2009 estimated tax payments | 23b | | |
| c Total ▶ | | 23c | |
| d Tax deposited with Form 7004 | | 23d | |
| e Credit for tax paid on undistributed capital gains (attach Form 2439) | | 23e | |
| f Credit for federal tax paid on fuels (attach Form 4136) | | 23f | |
| g Add lines 23c through 23f | | 23g | 0 |

| | | |
|---|---|---|
| 24 Amount owed. Subtract line 23g from line 22 (see instructions) | 24 | |
| 25 Overpayment. Subtract line 22 from line 23g | 25 | |
| 26 Enter amount of line 25 you want: Credited to 2010 estimated tax ▶ _____  Refunded ▶ | 26 | |

May the IRS discuss this return with the preparer shown below (see instr.)? ☒ Yes ☐ No

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer ___[signature]___   Date 7/1/09   Title _____

**Paid preparer's use only**

| | |
|---|---|
| Preparer's signature ___[signature]___   Date 06/18/10 | Check if self-employed ☒   Preparer's SSN or PTIN P00171921 |
| Firm's name (or yours if self-employed), address, and ZIP code   RONALD L. MARTIN, CPA, P.A.  1442 LACOSTA DR E  PEMBROKE PINES, FL      33027-2304 | EIN 65-0014798   Phone no. 954-436-2155 |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Form **1120-H** (2009)

DAA

43961                           **Federal Statements**

### Statement 1 - Form 1120-H, Line 7 - Other Income

| Description | Amount |
|---|---|
| RENTAL INCOME | $ 49,253 |
| WORK ORDERS | 44,681 |
| LAUNDRY | 32,724 |
| OTHER INCOME | 6,132 |
| TOTAL | $ 132,790 |

### Statement 2 - Form 1120-H, Line 15 - Other Deductions

| Description | Amount |
|---|---|
| ADMINISTRATIVE AND GENERAL | $ 10,400 |
| INSURANCE | 28,700 |
| PAYROLL | 30,000 |
| PROFESSIONAL FEES | 20,900 |
| REPAIRS AND MAINTENANCE | 63,200 |
| UTILITIES | 55,000 |
| TOTAL | $ 208,200 |

1-2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:10-cv-60627-AJ

AUDREY SHAPIRO,

      Plaintiff,

vs.

THE BALMORAL CONDOMINIUM
ASSOCIATION, INC.,

      Defendant.

_____/

**<u>DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION OF
DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT</u>**

# Exhibit "C"

BALMCOND

| Form **1120-H** | **U.S. Income Tax Return for Homeowners Associations** ▶ See separate instructions. | OMB No. 1545-0127 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | | **2008** |

For calendar year 2008 or tax year beginning _____, and ending _____

| Use IRS label. Other-wise, print or type. | Name   THE BALMORAL CONDOMINIUM ASSOC, INC | Employer identification number   59-1843961 |
|---|---|---|
| | Number, street, and room or suite no. If a P.O. box, see instructions.   9801 COLLINS AVENUE | Date association formed |
| | City or town, state, and ZIP code   BAL HARBOUR   FL 33154 | 7/24/1978 |

Check if: (1) ☐ Final return (2) ☐ Name change (3) ☐ Address change (4) ☐ Amended return

| | | | |
|---|---|---|---|
| A | Check type of homeowners association: ☒ Condominium management association ☐ Residential real estate association ☐ Timeshare association | | |
| B | Total exempt function income. Must meet 60% gross income test (see instructions) | B | 4,885,227 |
| C | Total expenditures made for purposes described in 90% expenditure test (see instructions) | C | 4,957,666 |
| D | Association's total expenditures for the tax year (see instructions) | D | 4,957,666 |
| E | Tax-exempt interest received or accrued during the tax year | E | |

## Gross Income (excluding exempt function income)

| | | | |
|---|---|---|---|
| 1 | Dividends | 1 | |
| 2 | Taxable interest | 2 | 84,969 |
| 3 | Gross rents | 3 | |
| 4 | Gross royalties | 4 | |
| 5 | Capital gain net income (attach Schedule D (Form 1120)) | 5 | |
| 6 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 6 | |
| 7 | Other income (excluding exempt function income) (attach schedule)   STMT | 7 | 174,117 |
| 8 | **Gross income** (excluding exempt function income). Add lines 1 through 7 | 8 | 259,086 |

## Deductions (directly connected to the production of gross income, excluding exempt function income)

| | | | |
|---|---|---|---|
| 9 | Salaries and wages | 9 | |
| 10 | Repairs and maintenance | 10 | |
| 11 | Rents | 11 | |
| 12 | Taxes and licenses | 12 | |
| 13 | Interest | 13 | |
| 14 | Depreciation (attach Form 4562)   TOTAL   0 | 14 | 6,394 |
| 15 | Other deductions (attach schedule)   STMT | 15 | 253,100 |
| 16 | Total deductions. Add lines 9 through 15 | 16 | 259,494 |
| 17 | Taxable income before specific deduction of $100. Subtract line 16 from line 8 | 17 | -408 |
| 18 | Specific deduction of $100 | 18 | 100 |

## Tax and Payments

| | | | |
|---|---|---|---|
| 19 | Taxable income. Subtract line 18 from line 17 | 19 | -508 |
| 20 | Enter 30% of line 19. (Timeshare associations, enter 32% of line 19.) | 20 | 0 |
| 21 | Tax credits (see instructions) | 21 | |
| 22 | Total tax. Subtract line 21 from line 20. See instructions for recapture of certain credits | 22 | 0 |

| 23 | Payments: a | 2007 overpayment credited to 2008 | 23a | | | |
|---|---|---|---|---|---|---|
| | b | 2008 estimated tax payments | 23b | | c Total ▶ 23c | |
| | d | Tax deposited with Form 7004 | | | 23d | |
| | e | Credit for tax paid on undistributed capital gains (attach Form 2439) | | | 23e | |
| | f | Credit for federal tax paid on fuels (attach Form 4136) | | | 23f | |
| | g | Add lines 23c through 23f | | | 23g | |

| | | | |
|---|---|---|---|
| 24 | Amount owed. Subtract line 23g from line 22 (see instructions) | 24 | 0 |
| 25 | Overpayment. Subtract line 22 from line 23g | 25 | |
| 26 | Enter amount of line 25 you want: Credited to 2009 estimated tax ▶     Refunded ▶ | 26 | |

| Sign Here | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | May the IRS discuss this return with the preparer shown below (see instr.)? ☒ Yes ☐ No |
|---|---|---|
| | ▶ Signature of officer     Date     Title | |

| Paid Preparer's Use Only | Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN   P00171921 |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code | ▶ RONALD L. MARTIN, CPA, P.A.   1442 LACOSTA DR E   PEMBROKE PINES, FL   33027-2304 | EIN 65-0014798 | |
| | | | Phone no. 954-436-2155 | |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.     Form **1120-H** (2008)

DAA

BALMCOND THE BALMORAL CONDOMINIUM ASSOC, INC          4/20/2009  11:11 PM
59-1843961
FYE: 12/31/2008

# Federal Statements

### Statement 1 - Form 1120-H, Line 7 - Other Income

| Description | Amount |
|---|---|
| RENTAL INCOME | $ 75,273 |
| WORK ORDERS | 66,527 |
| LAUNDRY | 25,835 |
| OTHER INCOME | 6,482 |
| TOTAL | $ 174,117 |

### Statement 2 - Form 1120-H, Line 15 - Other Deductions

| Description | Amount |
|---|---|
| ADMINISTRATIVE AND GENERAL | $ 13,500 |
| INSURANCE | 28,700 |
| PAYROLL | 30,000 |
| PROFESSIONAL FEES | 20,900 |
| REPAIRS AND MAINTENANCE | 85,000 |
| UTILITIES | 75,000 |
| TOTAL | $ 253,100 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:10-cv-60627-AJ

AUDREY SHAPIRO,

      Plaintiff,

vs.

THE BALMORAL CONDOMINIUM
ASSOCIATION, INC.,

      Defendant.

_____/

## **DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

# **Exhibit "D"**



**2009**

Department of the Treasury
Internal Revenue Service

# Instructions for Form 1120-H

## U.S. Income Tax Return for Homeowners Associations

Section references are to the Internal Revenue Code unless otherwise noted.

## What's New

The election to claim an additional research tax credit instead of claiming any additional first-year special depreciation allowance for eligible qualified property has been extended to eligible qualified extension property. See the instruction for line 23g.

## Photographs of Missing Children

The Internal Revenue Service is a proud partner with the National Center for Missing and Exploited Children. Photographs of missing children selected by the Center may appear in instructions on pages that would otherwise be blank. You can help bring these children home by looking at the photographs and calling 1-800-THE-LOST (1-800-843-5678) if you recognize a child.

## Unresolved Tax Issues

The Taxpayer Advocate Service (TAS) is an independent organization within the IRS whose employees assist taxpayers who are experiencing economic harm, who are seeking help in resolving tax problems that have not been resolved through normal channels, or who believe that an IRS system or procedure is not working as it should. The service is free, confidential, tailored to meet your needs, and is available for businesses, as well as individuals.

The association can contact the TAS as follows.
• Call the TAS toll-free line at 1-877-777-4778 or TTY/TDD 1-800-829-4059 to see if the association is eligible for assistance.
• Call or write the association's local taxpayer advocate, whose phone number and address are listed in the local telephone directory and in Pub. 1546, Taxpayer Advocate Service – Your Voice at the IRS.
• File Form 911, Request for Taxpayer Advocate Service Assistance (And Application for Taxpayer Assistance Order), or ask an IRS employee to complete it on the association's behalf.

For more information, go to www.irs.gov/advocate.

## How To Get Forms and Publications

**Internet.** You can access the IRS website 24 hours a day, 7 days a week, at *www.irs.gov* to:
• Download forms, instructions, and publications;
• Order IRS products online;
• Research your tax questions online;
• Search publications online by topic or keyword; and
• Sign up to receive local and national tax news by email.

**DVD for tax products.** You can order Pub. 1796, IRS Tax Products DVD, and obtain:

• Current-year forms, instructions, and publications.
• Prior-year forms, instructions, and publications.
• Tax Map: an electronic research tool and finding aid.
• Tax Law frequently asked questions.
• Tax Topics from the IRS telephone response system.
• Internal Revenue Code – Title 26.
• Fill-in, print, and save features for most tax forms.
• Internal Revenue Bulletins.
• Toll-free and email technical support.
• Two Releases during the tax year.
  –The first release will ship the beginning of January.
  –The final release will ship the beginning of March.

Buy the DVD from National Technical Information Service (NTIS) at *www.irs.gov/cdorders* for $30 (no handling fee) or call 1-877-233-6767 toll free to purchase the DVD for $30 (plus a $6 handling fee). The price is discounted to $25 for orders placed prior to December 1, 2009.

**By phone and in person.** You can order forms and publications by calling 1-800-TAX-FORM (1-800-829-3676). You can also get most forms and publications at your local IRS office.

## General Instructions

### Purpose of Form

A homeowners association files Form 1120-H as its income tax return to take advantage of certain tax benefits. These benefits, in effect, allow the association to exclude exempt function income (defined later) from its gross income.

### Electing To File Form 1120-H

A homeowners association elects to take advantage of the tax benefits provided by section 528 by filing a properly completed Form 1120-H. The election is made separately for each tax year and generally must be made by the due date, including extensions, of the income tax return.

This extension does not extend the time to pay the tax.

Once Form 1120-H is filed, the association cannot revoke its election for that year unless the IRS consents. The association may request IRS consent by filing a ruling request. A user fee must be paid with all ruling requests. For more information on ruling requests, see Rev. Proc. 2009-1, 2009-1 I.R.B. 1.

If the association does not elect to use Form 1120-H, it must file the applicable income tax return, for example, Form 1120, U.S. Corporation Income Tax Return.

**Automatic 12-month extension to make election.** If the homeowners association fails to make the regulatory election to be treated as a homeowners association, it can get an automatic 12-month extension to make the section 528 election, provided corrective action is taken within 12 months of the due date (including extension) of the return. See Regulations section 301.9100-2 for more information.

A homeowners association should compare its total tax computed on Form 1120-H with its total tax computed on Form 1120. The association may file the form that results in the lowest tax.

**Tax rate.** The taxable income of a homeowners association that files its tax return on Form 1120-H is taxed at a flat rate of 30% for condominium management associations and residential real estate associations. The tax rate for timeshare associations is 32%. These rates apply to both ordinary income and capital gains.

If the association is tax exempt under section 501(a), do not file Form 1120-H. See section 6033 and related regulations. If the association loses its exempt status, see Regulations section 1.528-8(e).

Cat. No. 24935G

## Definitions

**Homeowners association.** There are three types of homeowners associations.

1. A condominium management association organized and operated to acquire, build, manage, maintain, and care for the property in a condominium project substantially all of whose units are homes for individuals.

2. A residential real estate management association organized and operated to acquire, build, manage, maintain, and care for a subdivision, development, or similar area substantially all of whose lots or buildings are homes for individuals.

3. A timeshare association (other than a condominium management association) organized and operated to acquire, build, manage, maintain, and care for the property that has members who hold a timeshare right to use, or a timeshare ownership interest in, real property of the timeshare association. A timeshare association cannot be a condominium management association.

See Regulations section 1.528-4 for information regarding the "substantially all" test for condominium management associations and residential real estate management associations.

To qualify as a homeowners association, the following must apply.

• At least 60% of the association's gross income for the tax year must consist of exempt function income (defined later).

• At least 90% of the association's expenses for the tax year must consist of expenses to acquire, build, manage, maintain, or care for its property and, in the case of a timeshare association, for activities provided to, or on behalf of, members of the timeshare association.

• No private shareholder or individual can profit from the association's net earnings except by acquiring, building, managing, or caring for association property or by a rebate of excess membership dues, fees, or assessments.

• The association must file Form 1120-H to elect under section 528 to be treated as a homeowners association.

**Association property.** Association property includes real and personal property that:

1. The association holds,

2. The association's members hold in common,

3. The association's members hold privately within the association, and

4. Is owned by a governmental unit and is used to benefit the unit's residents.

Timeshare association property includes property related to the timeshare project that the association or its members have rights to use. These rights must arise out of recorded easements, covenants, or other recorded instruments.

For more information, see Regulations section 1.528-3.

**Taxable income.** Taxable income is the excess, if any, of:

1. Gross income for the tax year, excluding exempt function income, over

2. Allowed deductions directly connected with producing any gross income except exempt function income. Allowed deductions include a specific $100 deduction. The following are not allowed:

• Net operating loss deduction (section 172).

• Deductions under part VIII of subchapter B (special deductions for corporations).

If facilities are used (or personnel are employed) for both exempt and nonexempt purposes, see Regulations section 1.528-10.

**Exempt function income.** Exempt function income consists of membership dues, fees, or assessments from (a) owners of condominium housing units, (b) owners of real property in the case of a residential real estate management association, or (c) owners of timeshare rights to use, or timeshare ownership interests in, real property in the case of a timeshare association. This income must come from the members as owners, not as customers, of the association's services.

Assessments or fees for a common activity qualify but charges for providing services do not qualify.

**Examples.** In general, exempt function income includes assessments made to:

1. Pay principal, interest, and real estate taxes on association property.

2. Maintain association property.

3. Clear snow from public areas and remove trash.

Income that is not exempt function income includes:

1. Amounts that are not includible in the organization's gross income other than under section 528 (for example, tax-exempt interest).

2. Payments from nonmembers.

3. Payments from members for special use of the organization's facilities, apart from the use generally available to all members.

4. Interest on amounts in a sinking fund.

5. Payments for work done on nonassociation property.

6. Members' payments for transportation.

For more information, see Regulations section 1.528-9.

## When To File

Generally, an association must file Form 1120-H by the 15th day of the 3rd month after the end of its tax year.

If the due date falls on a Saturday, Sunday, or legal holiday, the association may file on the next business day.

**Private delivery services.** You can use certain private delivery services designated by the IRS to meet the "timely mailing as timely filing/paying" rule for tax returns and payments. See the instructions for Form 1120 for details.

**Extension.** File Form 7004, Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns, to request a 6-month extension of time to file.

## Who Must Sign

The return must be signed and dated by the president, vice-president, treasurer, assistant treasurer, chief accounting officer, or any other association officer (such as tax officer) authorized to sign.

If a return is filed on behalf of an association by a receiver, trustee, or assignee, the fiduciary must sign the return, instead of the association officer. Returns and forms signed by a receiver or trustee in bankruptcy on behalf of an association must be accompanied by a copy of the order or instructions of the court authorizing signing of the return or form.

If an association officer completes Form 1120-H, the paid preparer's space should remain blank. Anyone who prepares Form 1120-H but does not charge the association should not complete that section. Generally, anyone who is paid to prepare the return must sign it and fill in the "Paid Preparer's Use Only" area.

The paid preparer must complete the required preparer information and:

• Sign the return in the space provided for the preparer's signature.

• Give a copy of the return to the taxpayer.

**Note.** A paid preparer may sign original or amended returns by rubber stamp, mechanical device, or computer software program.

Instructions for Form 1120-H