**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**10-60627-CIV-JORDAN/McALILEY**

**AUDREY SHAPIRO,**

**Plaintiff,**

**v.**

**THE BALMORAL CONDOMINIUM ASSOCIATION,**

**Defendant.**

_______________________________________/

## REPORT AND RECOMMENDATION

THIS MATTER came on before the Court upon the Order **[DE # 20]** of reference entered by the Honorable Adalberto Jordan on August 17, 2010. In the Order, Judge Jordan referred the parties to a settlement conference with the undersigned. This matter involves claims made under the Fair Labor Standards Act ("FLSA") among other claims.

On October 7, 2010, the undersigned held a settlement conference in this case pursuant to said Order of reference. Plaintiff was present and she was represented by counsel during the settlement conference. Defendant was also present during the settlement conference and said entity was represented by counsel as well.

The parties reached an agreement during the settlement conference. The parties signed a confidential settlement agreement (the "Settlement Agreement") at the conclusion of the conference. The parties provided the undersigned with a copy of the executed Settlement Agreement. The undersigned has reviewed the parties' Settlement Agreement and makes the following findings of fact and recommendations:

1. The Settlement Agreement reached by the parties is fair and reasonable. The Settlement Agreement represents a reasonable compromise of the issues between the parties.

2. The undersigned hereby recommends to the Court that it approve the Settlement Agreement.

Respectfully submitted this 5 day of October, 2010.

PETER R. PALERMO
SR. UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Honorable Judge Chris M. McAliley
All Counsel of Record